Naomi Lovekin, Administrator of the Estate of George D. Lovekin, Deceased, et al., Plaintiffs-Appellees, v. Francis P. Loser and Robert N. Halter, d/b/a Loser's Tavern, also known as Bob and Whitey's, et al., Defendants-Appellees. Anthony Howaniec, d/b/a Hi-Lite 30 Drive-In Theatre, Petitioner-Appellant.

Gen. No. 10,959. ▮▮▮▮▮▮▮▮▮▮▮

Second District.

January 9, 1957.

Released for publication January 26, 1957.

Posner, Dunning & Marquard, for appellant, Henry J. Marquard, of counsel; O'Brien, Burnell & Puckett, for Ray J. Myers, Francis M. Eby, and Raymond W. Schwartz, d/b/a O. K. Grill; Certain Appellees, Donald L. Puckett and Joseph H. Barnett, of counsel. Opinion by JUSTICE CROW. Not to be published in full.